IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02501

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVELOPMENTAL BEHAVIORAL HEALTH, INC., and
DR. DAVID HATFIELD

    Defendants.

---

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

---

Plaintiff United States of America and Defendants Developmental Behavioral Health, Inc. and Dr. David Hatfield, through their respective undersigned counsel, respectfully move for entry of the Consent Judgment filed herewith. The Consent Judgment is pursuant to a Settlement Agreement, which has been approved and signed by both parties.

DATED this 9th day of September, 2014.

| | |
|---|---|
| *Chad Williams* | JOHN F. WALSH<br>United States Attorney<br><br>*Marcy E. Cook* |
| Chad Williams | Marcy E. Cook |
| Davis, Graham, & Stubbs, LLP | Assistant United States Attorney |
| 1550 Seventeenth Street, Suite 500 | 1225 Seventeenth Street, Suite 700 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Telephone: 303-892-7474 | Telephone: (303) 454-0171 |
| Fax: 303-893-1379 | Fax: (303) 454-0404 |
| E-Mail: chad.williams@dgslaw.com | E-mail: marcy.cook@usdoj.gov |
| Counsel for DBH and Dr. Hatfield | Counsel for the United States |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2014, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

Chad Williams
chad.williams@dgslaw.com
Counsel for DBH & Dr. Hatfield

Agency representatives (e-mail)

                                                                    s/ Marcy E. Cook
                                                                      Marcy E. Cook