IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02501-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVELOPMENTAL BEHAVIORAL HEALTH, INC., and
DR. DAVID HATFIELD,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion for Entry of Consent Judgment filed September 9, 2014.  The motion seeks entry of the Consent Judgment attached to the motion, which was entered pursuant to a Settlement Agreement approved and signed by the parties.  The Court, having reviewed the motion and finding good cause therefor,

ORDERS that the Joint Motion for Entry of Consent Judgment (ECF No. 2) is **GRANTED**.  The Consent Judgment attached to the Joint Motion shall be entered by the Clerk of Court.

Dated:  September 16, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE