IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02501-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVELOPMENTAL BEHAVIORAL HEALTH, INC., and
DR. DAVID HATFIELD,

    Defendants.

## CONSENT JUDGMENT

    Upon consent of the parties, and the Court being fully advised, it is hereby

    ORDERED THAT judgment is hereby entered in favor of the Plaintiff, United States of America against Defendants Developmental Behavioral Health, Inc. and Dr. David Hatfield, jointly and severally,  in the amount of  $1,283,027.04.  It is further

    ORDERED THAT post judgment interest shall accrue at the current legal rate of 0.11% pursuant to 28 U.S.C. § 1961(a), from the date of entry of the judgment and will be compounded annually until paid in full, pursuant to 28 U.S.C. § 1961(b).

    DATED at Denver, Colorado this <u>19th</u> day of September, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    /s/ E. Van Alphen
    E. Van Alphen,
    Deputy Clerk